AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SETAI HOTEL ACQUISITION LLC<br><br>*Plaintiff(s)*<br>v.<br>MIAMI BEACH LUXURY RENTALS, INC., a Florida corporation; and ALLEN TULLER, an individual,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. **16-CV-21296-Scola/Otazo** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIAMI BEACH LUXURY RENTALS, INC.
by serving its Registered Agent:
COHEN & GREENBERG, L.L.C.
1792 BELL TOWER LANE
WESTON, FL 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel J. Barsky
Daniel F. Benavides
Shutts & Bowen LLP
525 Okeechobee Blvd
Suite 1100
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  **April 12, 2016**

Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SETAI HOTEL ACQUISITION LLC<br><br>*Plaintiff(s)*<br>v.<br>MIAMI BEACH LUXURY RENTALS, INC., a Florida corporation; and ALLEN TULLER, an individual,<br><br>*Defendant(s)* | Civil Action No. **16-CV-21296-Scola/Otazo** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALLEN TULLER
1040 BISCAYNE BLVD #2301
MIAMI, FL 33132-1729

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel J. Barsky
Daniel F. Benavides
Shutts & Bowen LLP
525 Okeechobee Blvd
Suite 1100
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 12, 2016**



SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court