**Generated on:** This page was generated by TSDR on 2017-04-13 13:04:40 EDT

**Mark:** THE SETAI

THE SETAI

| | | | |
|---|---|---|---|
| **US Serial Number:** | 76211473 | **Application Filing Date:** | Feb. 16, 2001 |
| **US Registration Number:** | 2506974 | **Registration Date:** | Nov. 13, 2001 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | May 21, 2012 | | |
| **Publication Date:** | Aug. 21, 2001 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | THE SETAI |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | REAL ESTATE MANAGEMENT | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 30, 2000 | **Use in Commerce:** | May 30, 2000 |

| | | | |
|---|---|---|---|
| **For:** | REAL ESTATE DEVELOPMENT AND CONSTRUCTION | | |
| **International Class(es):** | 037 - Primary Class | **U.S Class(es):** | 100, 103, 106 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 30, 2000 | **Use in Commerce:** | May 30, 2000 |

| | | | |
|---|---|---|---|
| **For:** | HOTEL AND RESORT SERVICES | | |
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 30, 2000 | **Use in Commerce:** | May 30, 2000 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |

SHA001362

EXHIBIT A

| | | |
|---|---|---|
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** BPI LUX S.A.R.L.

**Owner Address:** 7A RUE ROBERT STUMPER
L-2557 LUXEMBOURG
LUXEMBOURG

**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** LUXEMBOURG

---

**Owner Name:** ALEXANDRE VON FURSTENBERG LIVING TRUST

**Composed of:** von Furstenberg, Alexandre, INDIVIDUAL, UNITED STATES

**Owner Address:** 14 BEVERLY PARK
BEVERLY HILLS, CALIFORNIA 90210
UNITED STATES

**Legal Entity Type:** TRUST     **State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Robert Spiegelman     **Docket Number:** 8626/010

**Attorney Primary Email Address:** RSpiegelman@jeans-wear.com     **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Robert Spiegelman
1400 Broadway, 5th Floor
New York, NEW YORK 10018
UNITED STATES

**Phone:** 2129474575     **Fax:** 6463838289

**Correspondent e-mail:** RSpiegelman@jeans-wear.com     **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 21, 2016 | NOTICE OF SUIT | |
| Apr. 21, 2016 | NOTICE OF SUIT | |
| Apr. 21, 2016 | NOTICE OF SUIT | |
| Jun. 10, 2015 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 08, 2015 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Apr. 08, 2015 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 21, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 21, 2012 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 77315 |
| May 21, 2012 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 77315 |
| May 21, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| May 14, 2012 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 01, 2011 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jun. 05, 2007 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 61619 |
| May 30, 2007 | ASSIGNED TO PARALEGAL | 61619 |
| May 02, 2007 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| May 02, 2007 | TEAS SECTION 8 & 15 RECEIVED | |

SHA001363

| | | |
|---|---|---|
| Jan. 16, 2007 | CASE FILE IN TICRS | |
| Nov. 13, 2001 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 21, 2001 | PUBLISHED FOR OPPOSITION | |
| Aug. 01, 2001 | NOTICE OF PUBLICATION | |
| May 29, 2001 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 24, 2001 | ASSIGNED TO EXAMINER | 70436 |
| May 23, 2001 | ASSIGNED TO EXAMINER | 70436 |
| May 21, 2001 | ASSIGNED TO EXAMINER | 78447 |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Renewal Date:** | Nov. 13, 2011 |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** GENERIC WEB UPDATE | **Date in Location:** May 21, 2012 |

## Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| **Total Assignments:** 6 | **Registrant:** Metropolitan Development Group, LLC |

### Assignment 1 of 6

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 2438/0322 | **Pages:** | 4 |
| **Date Recorded:** | Jan. 24, 2002 | | |
| **Supporting Documents:** | assignment-tm-2438-0322.pdf | | |

| | | | |
|---|---|---|---|
| **Assignor** | | | |
| **Name:** | METROPOLITAN DEVELOPMENT GROUP, LLC, A NEW YORK LIMITED LIABILITY COMPANY | **Execution Date:** | Feb. 12, 2001 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW YORK |

| | | | |
|---|---|---|---|
| **Assignee** | | | |
| **Name:** | THE SETAI GROUP, LLC | | |
| **Legal Entity Type:** | A LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW YORK |
| **Address:** | 392 FIFTH AVENUE NEW YORK, NEW YORK 10018 | | |

| | |
|---|---|
| **Correspondent** | |
| **Correspondent Name:** | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| **Correspondent Address:** | 75 EAST 55TH STREET NEW YORK, NEW YORK 10022-3205 |

**Domestic Representative - Not Found**

### Assignment 2 of 6

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 2874/0668 | **Pages:** | 13 |
| **Date Recorded:** | Jun. 15, 2004 | | |
| **Supporting Documents:** | assignment-tm-2874-0668.pdf | | |

SHA001364

| | Assignor | | |
|---|---|---|---|
| Name: | SETAI OWNERS LLC | Execution Date: | Jun. 11, 2004 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |

| | Assignee | | |
|---|---|---|---|
| Name: | EUROHYPO AG, NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | | |
| Legal Entity Type: | A NEW YORK BANK | State or Country Where Organized: | NEW YORK |
| Address: | 1114 AVENUE OF THE AMERICAS 29TH FLOOR NEW YORK, NEW YORK 10036 | | |

| | Correspondent | | |
|---|---|---|---|
| Correspondent Name: | MONICA P. MCCABE, ESQ. | | |
| Correspondent Address: | 1251 AVENUE OF THE AMERICAS 38TH FLOOR NEW YORK, NY 10020-1104 | | |

**Domestic Representative - Not Found**

**Assignment 3 of 6**

| | | | |
|---|---|---|---|
| Conveyance: | RELEASE BY SECURED PARTY | | |
| Reel/Frame: | 3837/0241 | Pages: | 6 |
| Date Recorded: | Aug. 18, 2008 | | |
| Supporting Documents: | assignment-tm-3837-0241.pdf | | |

| | Assignor | | |
|---|---|---|---|
| Name: | EUROHYPO AG, NEW YORK BRANCH, AS ADMINISTRATIVE AGENT | Execution Date: | Oct. 05, 2006 |
| Legal Entity Type: | A NEW YORK BANK | State or Country Where Organized: | NEW YORK |

| | Assignee | | |
|---|---|---|---|
| Name: | SETAI OWNERS LLC | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |
| Address: | 392 FIFTH AVENUE NEW YORK, NEW YORK 10018 | | |

| | Correspondent | | |
|---|---|---|---|
| Correspondent Name: | CHRISTINE JASKIEWICZ | | |
| Correspondent Address: | 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020-1104 | | |

**Domestic Representative - Not Found**

**Assignment 4 of 6**

| | | | |
|---|---|---|---|
| Conveyance: | SECURITY INTEREST | | |
| Reel/Frame: | 3838/0533 | Pages: | 14 |
| Date Recorded: | Aug. 20, 2008 | | |
| Supporting Documents: | assignment-tm-3838-0533.pdf | | |

| | Assignor | | |
|---|---|---|---|
| Name: | THE SETAI GROUP, LLC | Execution Date: | Jul. 31, 2008 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | NEW YORK |

| | Assignee | | |
|---|---|---|---|
| Name: | LEHMANBROTHERS HOLDINGS INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 399 PARK AVENUE 8TH FLOOR | | |

NEW YORK, NEW YORK 10022

| Correspondent | |
|---|---|
| Correspondent Name: | THOMAS A. BANAHAN |
| Correspondent Address: | 156 WEST 56TH STREET<br>WINDELS MARX LANE & MITTENDORF, LLP<br>NEW YORK, NY 10019 |

**Domestic Representative - Not Found**

**Assignment 5 of 6**

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 4565/0819 | Pages: | 19 |
| Date Recorded: | Jun. 20, 2011 | | |
| Supporting Documents: | assignment-tm-4565-0819.pdf | | |

| Assignor | | | |
|---|---|---|---|
| Name: | THE SETAI GROUP, LLC | Execution Date: | Jun. 17, 2011 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | NEW YORK |

| Assignee | | | |
|---|---|---|---|
| Name: | LEHMAN BROTHERS HOLDINGS INC. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 1271 AVENUE OF THE AMERICAS<br>38TH FLOOR<br>NEW YORK, NEW YORK 10020 | | |

| Correspondent | |
|---|---|
| Correspondent Name: | JAY JOHNSTON |
| Correspondent Address: | DECHERT LLP<br>CIRA CENTRE, 2929 ARCH STREET<br>PHILADELPHIA, PA 19104-2808 |

**Domestic Representative - Not Found**

**Assignment 6 of 6**

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 5544/0889 | Pages: | 7 |
| Date Recorded: | Jun. 04, 2015 | | |
| Supporting Documents: | assignment-tm-5544-0889.pdf | | |

| Assignor | | | |
|---|---|---|---|
| Name: | LEHMAN BROTHERS HOLDINGS INC. | Execution Date: | Apr. 01, 2015 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | No Place Where Organized Found |
| Name: | SETAI OWNERS LLC | Execution Date: | Apr. 01, 2015 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | No Place Where Organized Found |

| Assignee | | | |
|---|---|---|---|
| Name: | BPI LUX S.A.R.L. | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | LUXEMBOURG |
| Address: | 7A RUE ROBERT STUMPER<br>L-2557 LUXEMBOURG, LUXEMBOURG | | |
| Name: | ALEXANDRE VON FURSTENBERG LIVING TRUST | | |
| Legal Entity Type: | TRUST | State or Country Where Organized: | CALIFORNIA |
| Address: | 14 BEVERLY PARK<br>BEVERLY HILLS, CALIFORNIA 90210 | | |

SHA001366

**Composed Of:** COMPOSED OF von Furstenberg, Alexandre

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | ROBERT A. SPIEGELMAN |
| **Correspondent Address:** | 1400 BROADWAY<br>15TH FLOOR<br>NEW YORK, NY 10018 |

### Domestic Representative

| | |
|---|---|
| **Domestic Representative Name:** | ROBERT A. SPIEGELMAN |
| **Domestic Representative Address:** | 1400 BROADWAY<br>15TH FLOOR<br>NEW YORK, NY 10018 |

SHA001367

AO 120 (Rev. 08/10)

| TO:   Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court      Southern District of Florida      on the following

☑ Trademarks or    ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>16-cv-21296-RNS | DATE FILED<br>4/11/2016 | U.S. DISTRICT COURT<br>Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>SETAI HOTEL ACQUISITION LLC | | DEFENDANT<br>MIAMI BEACH LUXURY RENTALS, INC. et al |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,506,974 | 11/13/2001 | SETAI HOTEL ACQUISITION LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Steven M. Larimore | (BY) DEPUTY CLERK<br>Bonnie J. Bernard | DATE<br>4/12/2016 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Print      Save As...      Reset

SHA001368

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 9/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 76211473 |
| **REGISTRATION NUMBER** | 2506974 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 111 |
| **ATTORNEY DOCKET NUMBER** | 8626/010 |
| **MARK SECTION** | |
| **MARK** | THE SETAI |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | Glenn A. Gundersen<br>2929 Arch Street<br>Cira Centre<br>Philadelphia Pennsylvania (PA) 19104-2808<br>US<br>trademarks@dechert.com |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: |
| **NAME** | Robert Spiegelman |
| **STREET** | 1400 Broadway, 5th Floor |
| **CITY** | New York |
| **STATE** | New York |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 10018 |
| **PHONE** | 2129474575 |
| **FAX** | 6463838289 |
| **EMAIL** | RSpiegelman@jeans-wear.com |
| **ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **ATTORNEY DOCKET NUMBER** | 8626/010 |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NAME** | Robert Spiegelman |
| **DOCKET/REFERENCE NUMBER** | 8626/003 |
| **STREET** | 1400 Broadway, 5th Floor |
| **CITY** | New York |

SHA001369

| | |
|---|---|
| **STATE** | New York |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 10018 |
| **PHONE** | 2129474575 |
| **FAX** | 6463838289 |
| **EMAIL** | RSpiegelman@jeans-wear.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Robert Spiegelman/ |
| **SIGNATORY NAME** | Robert Spiegelman |
| **SIGNATORY DATE** | 04/08/2015 |
| **SIGNATORY POSITION** | Attorney |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Apr 08 16:43:55 EDT 2015 |
| **TEAS STAMP** | USPTO/RAA-XX.XXX.XXX.XX-2 0150408164355301980-85301 601-5308b3ac71b470be2e67b f703b9fa4f9d8a9da14a3ea11 234d2cc8e796569e059-N/A-N /A-20150408113345735020 |

SHA001370

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 9/30/2017)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** THE SETAI
**SERIAL NUMBER:** 76211473
**REGISTRATION NUMBER:** 2506974
**ATTORNEY DOCKET NUMBER** 8626/010

**The original attorney**
Glenn A. Gundersen
2929 Arch Street
Cira Centre
Philadelphia Pennsylvania 19104-2808
US
trademarks@dechert.com

**Original Correspondence Address :**
Glenn A. Gundersen
Dechert LLP
2929 Arch Street
Cira Centre
Philadelphia Pennsylvania 19104-2808
US
trademarks@dechert.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney:

**Newly Appointed Attorney:**
Robert Spiegelman
1400 Broadway, 5th Floor
New York, New York 10018
United States
2129474575
6463838289
RSpiegelman@jeans-wear.com
8626/010

**The following is to be used as the correspondence address:**
Robert Spiegelman
1400 Broadway, 5th Floor
New York, New York 10018
United States

2129474575
6463838289
RSpiegelman@jeans-wear.com The attorney docket/reference number is 8626/003.

Signature: /Robert Spiegelman/   Date: 04/08/2015
Signatory's Name: Robert Spiegelman
Signatory's Position: Attorney

Serial Number: 76211473

SHA001371

Internet Transmission Date: Wed Apr 08 16:43:55 EDT 2015
TEAS Stamp: USPTO/RAA-XX.XXX.XXX.XX-2015040816435530
1980-85301601-5308b3ac71b470be2e67bf703b
9fa4f9d8a9da14a3ea11234d2cc8e796569e059-
N/A-N/A-20150408113345735020

SHA001372

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, May 21, 2012 11:01 PM |
| **To:** | trademarks@dechert.com |
| **Subject:** | Trademark RN 2506974: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

**Serial Number:**  76211473
**Registration Number:**  2506974
**Registration Date:**  Nov 13, 2001
**Mark:**  THE SETAI
**Owner:**  LEHMAN BROTHERS HOLDINGS INC.

May 21, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
036, 037, 042

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76211473.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

SHA001373

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2506974 |
| **REGISTRATION DATE** | 11/13/2001 |
| **SERIAL NUMBER** | 76211473 |
| **MARK SECTION** | |
| MARK | THE SETAI |
| **ATTORNEY SECTION (new)** | |
| NAME | Glenn A. Gundersen |
| FIRM NAME | Dechert LLP |
| INTERNAL ADDRESS | Cira Centre |
| STREET | 2929 Arch Street |
| CITY | Philadelphia |
| STATE | Pennsylvania |
| POSTAL CODE | 19104-2808 |
| COUNTRY | United States |
| EMAIL | trademarks@dechert.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| OTHER APPOINTED ATTORNEY | Christine Hernandez, Jacob Bishop, Hal Borden, Henry Huffnagle |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | RONIT PEREZ |
| FIRM NAME | METROPOLITAN DEVELOPMENT GROUP,LLC |
| INTERNAL ADDRESS | 54TH FLOOR |
| STREET | 405 LEXINGTON AVENUE |
| CITY | NEW YORK |
| STATE | New York |
| POSTAL CODE | 10174 |
| COUNTRY | United States |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | Glenn A. Gundersen |
| FIRM NAME | Dechert LLP |
| INTERNAL ADDRESS | Cira Centre |

SHA001374

| STREET | 2929 Arch Street |
|---|---|
| CITY | Philadelphia |
| STATE | Pennsylvania |
| POSTAL CODE | 19104-2808 |
| COUNTRY | United States |
| EMAIL | trademarks@dechert.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

**GOODS AND/OR SERVICES SECTION**

| INTERNATIONAL CLASS | 036 |
|---|---|
| GOODS OR SERVICES | REAL ESTATE MANAGEMENT |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-2041552263-125113514_._SETAI___Class_36_specimen__2_.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT11\IMAGEOUT11\762\114\76211473\xml1\S890002.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\762\114\76211473\xml1\S890003.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\762\114\76211473\xml1\S890004.JPG |
| SPECIMEN DESCRIPTION | marketing materials describing management services |
| INTERNATIONAL CLASS | 037 |
| GOODS OR SERVICES | REAL ESTATE DEVELOPMENT AND CONSTRUCTION |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-1-2041552263-125113514_._SETAI___Class_37_specimen.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT11\IMAGEOUT11\762\114\76211473\xml1\S890005.JPG |
| SPECIMEN DESCRIPTION | letterhead displaying mark and describing services |
| INTERNATIONAL CLASS | 042 |
| GOODS OR SERVICES | HOTEL AND RESORT SERVICES |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN2-2041552263-125113514_._SETAI___Class_42_specimen.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT11\IMAGEOUT11\762\114\76211473\xml1\S890006.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\762\114\76211473\xml1\S890007.JPG |
| SPECIMEN DESCRIPTION | web printout |

**OWNER SECTION (current)**

| NAME | LEHMAN BROTHERS HOLDINGS INC. |
|---|---|
| STREET | 1271 AVENUE OF THE AMERICAS |
| CITY | NEW YORK |
| STATE | New York |
| ZIP/POSTAL CODE | 10020 |
| COUNTRY | United States |

**LEGAL ENTITY SECTION (current)**

SHA001375

| | |
|---|---|
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 3 |
| **NUMBER OF CLASSES PAID** | 3 |
| **SUBTOTAL AMOUNT** | 1500 |
| **GRACE PERIOD** | 600 |
| **TOTAL FEE PAID** | 2100 |
| **SIGNATURE SECTION** | |
| **ORIGINAL PDF FILE** | hw_2041552263-125113514_._THE_SETAI___renewal.pdf |
| **CONVERTED PDF FILE(S)** (3 pages) | \\TICRS\EXPORT11\IMAGEOUT11\762\114\76211473\xml1\S890008.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\762\114\76211473\xml1\S890009.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT11\762\114\76211473\xml1\S890010.JPG |
| **SIGNATORY'S NAME** | Jeffrey Fitts |
| **SIGNATORY'S POSITION** | Authorized Signatory |
| **PAYMENT METHOD** | DA |
| | **FILING INFORMATION** |
| **SUBMIT DATE** | Mon May 14 12:59:30 EDT 2012 |
| **TEAS STAMP** | USPTO/S08N09-XXX.XXX.XXX. X-20120514125930868284-25 06974-4905eaf38731e7dd0fa 85a37d7fff649034-DA-9897- 20120514125113514387 |

SHA001376

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

## Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2506974
**REGISTRATION DATE:** 11/13/2001

**MARK:** THE SETAI

The owner, LEHMAN BROTHERS HOLDINGS INC., a corporation of Delaware, having an address of
    1271 AVENUE OF THE AMERICAS
    NEW YORK, New York 10020
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 036, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: REAL ESTATE MANAGEMENT ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) marketing materials describing management services.

**Original PDF file:**
SPN0-2041552263-125113514_._SETAI___Class_36_specimen__2_.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

For International Class 037, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: REAL ESTATE DEVELOPMENT AND CONSTRUCTION ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) letterhead displaying mark and describing services.

**Original PDF file:**
SPN1-1-2041552263-125113514_._SETAI___Class_37_specimen.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

For International Class 042, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: HOTEL AND RESORT SERVICES ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) web printout.

**Original PDF file:**
SPN2-2041552263-125113514_._SETAI___Class_42_specimen.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
The registrant's current Correspondence Information: RONIT PEREZ of  METROPOLITAN DEVELOPMENT GROUP,LLC
    54TH FLOOR
    405 LEXINGTON AVENUE

SHA001377

NEW YORK, New York (NY) 10174
United States

The registrant's proposed Correspondence Information: Glenn A. Gundersen of Dechert LLP
    Cira Centre
    2929 Arch Street
    Philadelphia, Pennsylvania (PA) 19104-2808
    United States

The email address is trademarks@dechert.com.
The registrant hereby appoints Glenn A. Gundersen and Christine Hernandez, Jacob Bishop, Hal Borden, Henry Huffnagle of Dechert LLP
    Cira Centre
    2929 Arch Street
    Philadelphia, Pennsylvania 19104-2808
    United States
to submit this Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9 on behalf of the registrant.

The email address is trademarks@dechert.com.

A fee payment in the amount of $2100 will be submitted with the form, representing payment for 3 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Original PDF file:**
hw_2041552263-125113514_._THE_SETAI___renewal.pdf
**Converted PDF file(s)** (3 pages)
Signature File1
Signature File2
Signature File3
Signatory's Name: Jeffrey Fitts
Signatory's Position: Authorized Signatory

Mailing Address:
    Dechert LLP
    2929 Arch Street
    Philadelphia, Pennsylvania 19104-2808

Serial Number: 76211473
Internet Transmission Date: Mon May 14 12:59:30 EDT 2012
TEAS Stamp: USPTO/S08N09-XXX.XXX.XXX.X-2012051412593
0868284-2506974-4905eaf38731e7dd0fa85a37
d7fff649034-DA-9897-20120514125113514387



# THE SETAI

MIAMI BEACH

### Fact Sheet

| | |
|---|---|
| LOCATION: | 2001 Collins Avenue<br>Miami Beach, FL 33139 |
| | Telephone: 305-520-6000 or 1-888-625-7500<br>Fax: 305-520-6600<br>Websites: www.setai.com |
| CONCEPT: | The concept of The Setai began with two fundamental ideals: a vision of unprecedented luxury and service; and one of the most prized pieces of oceanfront property in Miami Beach. |
| PROJECT: | A magnificent oceanfront hotel, adjoined by a 40-story regal residential tower, set in a breathtaking oasis of tropical gardens, sparkling pools and sundecks leading down to a gorgeous stretch of white sand beach. |
| MANAGEMENT COMPANY: | Trevi Luxury Hospitality Group is an organization dedicated to creating hotels and resorts of such renown. Having assembled a team of the industry's most noted and experienced luxury hotel executives; Trevi offers an unparalleled capacity for developing, planning, operating, managing and marketing the finest independent hotels and resorts worldwide.<br>www.trevilhg.com |
| ARCHITECT AND DESIGNER: | Jean Michel Gathy of Denniston International and Jaya Ibrahim & Associates |
| | Design Art Deco fusion, the overall design concept of The Setai, is a philosophy that combines the architectural history of South Beach and its cultural diversity with the international Art Deco movement, particularly its influence in Asia. The lead designer, Jean-Michel Gathy of Denniston International Architects and Designers has surpassed the staged décor style that has been the main theme of the boutique hotels in South Beach and created an environment that is truly distinctive and luxurious with an underlying Asian aesthetic and value. |
| | The Setai is a place so calming and serene that it is sure to change guests forever, whether staying for a night or longer. |

trevi | luxury hospitality group inc.        LEADING HOTELS®

2001 Collins Avenue Miami Beach, Fl 33139 USA  P (305) 520 6000  F (305) 520 6600  E  www.setai.com

SHA001379



**THE SETAI**

MIAMI BEACH

| | |
|---|---|
| GUEST ROOMS: | <u>The Art Deco Building</u><br>*85 Studio Suites* vary from 582 to 610 square feet<br><br><u>The Tower</u><br>*45 Suites*<br>One-, two-, and three-bedroom suites vary from 900 to 3500 square feet<br><br>*Penthouse*<br>A 10,000 square feet suite with spectacular balconies, private lap pool, Jacuzzi and panoramic views of the Miami skyline and Miami Beach. |
| GUEST ROOM AMENITIES: | Asian Art Deco style and daybed seating are among the unique touches of The Setai. Teak and black granite floors, fine Sateen bed linen by Christian Fischbacher, Switzerland, a sumptuous bath tub in absolute black granite, two vanities and a rainfall shower with luxury Asprey bath accessories, BOSE Wave system with iPod Docking Station, LED Samsung flat screen TVs, IBAHN ETVi Digital Entertainment & Information System, Illy coffeemaker, in-room bar and wireless/high speed internet access are standard in every room. |
| RESTAURANT & BARS: | |
| *The Restaurant* | The hotel's exquisite Restaurant and its seasoned chef combine the finest and freshest ingredients from different parts of the globe to create Asian cuisine as well as modern comfort foods. An expansive exhibition kitchen allows guests to imbibe the aromas and animation involved in the cuisine's preparation. Guests can dine in air-conditioned, sophisticated comfort or in the courtyard in sunken pods amidst quiet ponds and pergolas. Approximately 15,000 square feet of The Setai's main floor is dedicated to restaurant and bar options that cater to the discriminating palates of its guests. |
| *The Bar & Courtyard* | Immerse into the relaxed elegance of The Bar & Courtyard. By night, moods lift and music embraces as sophisticated Asian small plates are paired with global wine, champagne and cognac selections, as well as creative cocktails with an Asian twist. Whether for a dining experience al fresco or live music under the stars, The Bar & Courtyard presents an elegant backdrop for whatever the day or night may bring. |



# THE SETAI

MIAMI BEACH

| | |
|---|---|
| *The Grill* | Set amid an elegant atmosphere of warm wood, brick and pearl, The Grill presents European-inspired small plates. A fusion of innovation and tradition, The Grill features an ingredient-driven menu focused on the finest sourced and seasonal products available. Dishes are served tapas-style in a relaxed and intimate atmosphere, complemented by creative cocktails and thoughtfully selected wines by The Setai's well-versed Sommelier. *The Grill is currently closed for the season and will reopen again in the Fall 2012.* |
| *The Pool & Beach Bar* | For those who take pleasure in lounging by the pool or on the beach, The Pool & Beach Bar, a 90-foot poolside bar stretching virtually the entire length of the pool deck, offers a quintessential atmosphere. The menu features flavors of the Mediterranean with refreshing Salads, Ceviches and fresh Seafood, along with an exceptional array of Brick Oven Pizzas, Wraps, Paninis and items from the grill. Daily chef specialties feature local and seasonal ingredients, infused with flavors reminiscent of sun, summer and coast. |
| THE SPA: | A haven of serenity and natural beauty, The Spa at The Setai opens the door to an intimate private world dedicated to the restoration of the body, mind and soul. The philosophy behind this very special spa is derived from an ancient Sanskrit legend of the gods, who embarked on a quest for a natural elixir of immortality and eternal youth. Spa suites, complete with steam and showers, are available for individuals or couples that want to enjoy the experience together, while specialized, personal spa treatments are available in the privacy of guests' accommodations as well. |
| FOR MORE INFORMATION CONTACT: | Janina Bahr<br>Marketing & Communications Manager<br>The Setai, Miami Beach<br>2001 Collins Avenue<br>Miami Beach, FL 33139<br>Telephone: (305) 520-6233<br>Fax: (305) 520-6505<br>Email: jbahr@thesetaihotel.com |



trevi | luxury hospitality group inc.      LEADING HOTELS®

2001 Collins Avenue Miami Beach, Fl 33139 USA  P (305) 520 6000  F (305) 520 6000  E  www.setai.com

SHA001381



**THE SETAI** BY GHM

SOUTH BEACH, MIAMI

February 19, 2012

Unit Conversion ▮

I, ▮ (Owner), hereby authorize The Setai Hotel (GHM) to proceed with the Unit Conversion of ▮. This includes all purchases, construction work, labor and services as stated in the "Unit Conversion – Hotel Program – Package Overview ▮" (Exhibit A). The total package price inclusive construction is $▮ plus applicable Sales Tax on FF&E.

I agree to pay $▮ up front and the remaining $▮ will be paid by monthly deductions from the net income generated thru the rental activity of unit ▮ by The Setai Hotel (GHM). Payment of such will commence upon initial rental of the unit to a maximum of twelve (12) months.

In the event net income does not cover the remaining balance at the end of the twelve months term, I agree to settle the remainder by check.

Shipping can be completed without notifying the owner. All items will be stored at the Setai Warehouse on the owner's risk until finally placed in the Owner's unit.

GHM
A STYLE TO REMEMBER

L | LEADING
W | HOTELS'

2001 COLLINS AVENUE  MIAMI BEACH  FL 33139 USA  T (1) 305 520 6000  F (1) 305 520 6600  setai@ghmhotels.com

GHMhotels.com

SHA001382

5/14/12                              The Setai - Luxury Resort in South Beach Miami



MIAMI BEACH

Photo Gallery    Newsletter Sign-up    Press    Contact    



The Hotel:    Facilities    Location    Fact Sheet

## The Hotel

The Setai is an intimate, serene oceanfront resort in the heart of South Beach. Its design vision artfully combines the rich architectural history of the neighborhood and its cultural diversity with the International Art Deco movement, particularly its influence in Asia.

The Art Deco landmark building was originally built between 1936 – 1938 as the famed Dempsey Vanderbilt Hotel. Next to it is our 40-story glass tower that surpasses all around it in elevation, views and design.

### Inside Look: A Look Back at 2011

With the arrival of the New Year, it seems only natural to reflect on the year that has past. For The Setai South Beach, 2011 was  a year which we are truly grateful for. From the guests who continue to make The Setai to be their number one destination and home away from home, to those who have chosen to experience The Setai for the first time, perhaps even for a very special occasion or once in a lifetime holiday.

For this we thank you, our past guests, as well as the esteemed publications which have graciously bestowed its prestigious accolades to The Setai in 2011. *U.S. News* rating The Setai as the "#1 hotel in Miami Beach" and The Spa being voted the "Best for Romance by **SpaFinder Readers' Choice Awards**" were just a few among the other awards received throughout the year of 2011.

*Conde Nast Traveler* this year alone acknowledged The Setai on "The Gold List 2011" in both US and UK, "Readers' Choice Awards Best in the World", as well as the "Top 50 Hotel Spas in the US". *Travel & LeisureThe World's Best List #9 Large City Hotel in US/Canada", along with the Conde Nast Johansens Awards for the "Most Excellent Hotel in the USA & Canada".*

Moving into 2012, we look forward to continuing to raise our benchmark for excellence by creating truly distinctive and bespoke experiences that we trust will be ones to remember for years to come.



The Setai    2001 Collins Avenue, Miami, Florida 30139    Phone: (305) 520 6000    Email Us    Privacy    Site Map    Careers

SHA001383

5/14/12                                    The Setai - Luxury Resort in South Beach Miami



© 2012 The Setai • A hospitality website by 300FeetOut
The Setai is a luxury oceanfront resort in Miami Beach. This spa resort in South Beach has a residential tower and private spa.

SHA001384

COMBINED RENEWAL APPLICATION AND DECLARATION OF USE

Mark:  THE SETAI

Reg. No.:  2,506,974

Int'l. Class:  36, 37 and 42

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

LEHMAN BROTHERS HOLDINGS INC.

a Delaware corporation
(Corporate Name and State or Country of Incorporation)

1271 Avenue of the Americas
38th Floor
New York, NY 10020
(Business Address of Corporation)

The above-identified applicant for renewal requests that Registration No. 2,506,974, granted to Metropolitan Development Group, LLC, on November 13, 2001, and which the above-identified applicant for renewal now owns, as shown by records in the Patent and Trademark Office, be renewed in accordance with the provisions of Section 9 of the act of July 5, 1946.

The above-identified applicant declares, in accordance with the provisions of Section 8 of the act of July 5, 1946, that the mark shown in said registration is still in use in commerce on or in connection with the services which are recited in the registration, namely, real estate management (Class 36), real estate development and construction (Class 37) and hotel and resort services (Class 42).  The applicant for renewal is using the mark in commerce in

SHA001385

connection with the goods identified above, as evidenced by the attached specimen showing the mark as currently used in commerce.

Applicant hereby appoints Glenn A. Gundersen, Hal E. Borden, Jacob R. Bishop, Henry Huffnagle and Christine Hernandez, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, attorneys at law, to prosecute this application for renewal and transact all business in the Patent and Trademark Office in connection herewith.

All correspondence should be directed to Glenn A. Gundersen, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808.

Glenn A. Gundersen, Hal E. Borden, Jacob R. Bishop, Henry Huffnagle and Christine Hernandez, whose postal address is cited above, are hereby designated applicant's representative upon whom notice or process in proceedings affecting the mark may be served.

SHA001386

DECLARATION OF APPLICANT FOR RENEWAL

The undersigned, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of applicant for renewal; all statements made herein of his/her knowledge are true and all statements made on information and belief are believed to be true.

Dated: May //, 2012.

LEHMAN BROTHERS HOLDINGS INC.
(Name of Corporation)

(Signature)

Jeffrey Fitts
Authorized Signatory

Name:
Official Title:

- 3 -

SHA001387

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   2506974

**Serial Number:**   76211473

**RAM Sale Number:  9897**

**RAM Accounting Date:  20120514**

**Total Fees:**       $2100

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20120514 | $100 | 3 | 3 | $300 |
| Application for Renewal (§9) | 7201 | 20120514 | $400 | 3 | 3 | $1200 |
| Grace period for §8 | 7206 | 20120514 | $100 | 3 | 3 | $300 |
| Grace period for renewal | 7203 | 20120514 | $100 | 3 | 3 | $300 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20120514



SHA001388



# THE SETAI

### MIAMI BEACH

### Fact Sheet

| | |
|---|---|
| **LOCATION:** | 2001 Collins Avenue<br>Miami Beach, FL 33139<br><br>Telephone: 305-520-6000 or 1-888-625-7500<br>Fax: 305-520-6600<br>Websites: www.setai.com |
| **CONCEPT:** | The concept of The Setai began with two fundamental ideals: a vision of unprecedented luxury and service; and one of the most prized pieces of oceanfront property in Miami Beach. |
| **PROJECT:** | A magnificent oceanfront hotel, adjoined by a 40-story regal residential tower, set in a breathtaking oasis of tropical gardens, sparkling pools and sundecks leading down to a gorgeous stretch of white sand beach. |
| **MANAGEMENT COMPANY:** | Trevi Luxury Hospitality Group is an organization dedicated to creating hotels and resorts of such renown. Having assembled a team of the industry's most noted and experienced luxury hotel executives; Trevi offers an unparalleled capacity for developing, planning, operating, managing and marketing the finest independent hotels and resorts worldwide.<br>www.trevilhg.com |
| **ARCHITECT AND DESIGNER:** | Jean Michel Gathy of Denniston International and Jaya Ibrahim & Associates<br><br>Design Art Deco fusion, the overall design concept of The Setai, is a philosophy that combines the architectural history of South Beach and its cultural diversity with the international Art Deco movement, particularly its influence in Asia. The lead designer, Jean-Michel Gathy of Denniston International Architects and Designers has surpassed the staged décor style that has been the main theme of the boutique hotels in South Beach and created an environment that is truly distinctive and luxurious with an underlying Asian aesthetic and value.<br><br>The Setai is a place so calming and serene that it is sure to change guests forever, whether staying for a night or longer. |

trevi | luxury hospitality group inc.     LHW LEADING HOTELS

2001 Collins Avenue Miami Beach, Fl 33139 USA  P (305) 520 6000  F (305) 520 6600  E  www.setai.com

SHA001389



## THE SETAI
MIAMI BEACH

| | |
|---|---|
| **GUEST ROOMS:** | <u>The Art Deco Building</u><br>*85 Studio Suites* vary from 582 to 610 square feet<br><br><u>The Tower</u><br>*45 Suites*<br>One-, two-, and three-bedroom suites vary from 900 to 3500 square feet<br><br>*Penthouse*<br>A 10,000 square feet suite with spectacular balconies, private lap pool, Jacuzzi and panoramic views of the Miami skyline and Miami Beach. |
| **GUEST ROOM AMENITIES:** | Asian Art Deco style and daybed seating are among the unique touches of The Setai. Teak and black granite floors, fine Sateen bed linen by Christian Fischbacher, Switzerland, a sumptuous bath tub in absolute black granite, two vanities and a rainfall shower with luxury Asprey bath accessories, BOSE Wave system with iPod Docking Station, LED Samsung flat screen TVs, IBAHN ETVi Digital Entertainment & Information System, Illy coffeemaker, in-room bar and wireless/high speed internet access are standard in every room. |
| **RESTAURANT & BARS:** | |
| *The Restaurant* | The hotel's exquisite Restaurant and its seasoned chef combine the finest and freshest ingredients from different parts of the globe to create Asian cuisine as well as modern comfort foods. An expansive exhibition kitchen allows guests to imbibe the aromas and animation involved in the cuisine's preparation. Guests can dine in air-conditioned, sophisticated comfort or in the courtyard in sunken pods amidst quiet ponds and pergolas. Approximately 15,000 square feet of The Setai's main floor is dedicated to restaurant and bar options that cater to the discriminating palates of its guests. |
| *The Bar & Courtyard* | Immerse into the relaxed elegance of The Bar & Courtyard. By night, moods lift and music embraces as sophisticated Asian small plates are paired with global wine, champagne and cognac selections, as well as creative cocktails with an Asian twist. Whether for a dining experience al fresco or live music under the stars, The Bar & Courtyard presents an elegant backdrop for whatever the day or night may bring. |

trevi | luxury hospitality group inc.     LHW LEADING HOTELS®

2001 Collins Avenue Miami Beach, Fl 33139 USA  P (305) 520 6000  F (305) 520 6600  E  www.setai.com

SHA001390



**THE SETAI**

MIAMI BEACH

| | |
|---|---|
| *The Grill* | Set amid an elegant atmosphere of warm wood, brick and pearl, The Grill presents European-inspired small plates. A fusion of innovation and tradition, The Grill features an ingredient-driven menu focused on the finest sourced and seasonal products available. Dishes are served tapas-style in a relaxed and intimate atmosphere, complemented by creative cocktails and thoughtfully selected wines by The Setai's well-versed Sommelier. *The Grill is currently closed for the season and will reopen again in the Fall 2012.* |
| *The Pool & Beach Bar* | For those who take pleasure in lounging by the pool or on the beach, The Pool & Beach Bar, a 90-foot poolside bar stretching virtually the entire length of the pool deck, offers a quintessential atmosphere. The menu features flavors of the Mediterranean with refreshing Salads, Ceviches and fresh Seafood, along with an exceptional array of Brick Oven Pizzas, Wraps, Paninis and items from the grill. Daily chef specialties feature local and seasonal ingredients, infused with flavors reminiscent of sun, summer and coast. |
| THE SPA: | A haven of serenity and natural beauty, The Spa at The Setai opens the door to an intimate private world dedicated to the restoration of the body, mind and soul. The philosophy behind this very special spa is derived from an ancient Sanskrit legend of the gods, who embarked on a quest for a natural elixir of immortality and eternal youth. Spa suites, complete with steam and showers, are available for individuals or couples that want to enjoy the experience together, while specialized, personal spa treatments are available in the privacy of guests' accommodations as well. |
| FOR MORE INFORMATION CONTACT: | Janina Bahr<br>Marketing & Communications Manager<br>The Setai, Miami Beach<br>2001 Collins Avenue<br>Miami Beach, FL 33139<br>Telephone: (305) 520-6233<br>Fax: (305) 520-6505<br>Email: jbahr@thesetaihotel.com |

SHA001391



**THE SETAI** BY GHM

SOUTH BEACH, MIAMI

February 19, 2012

Unit Conversion ▮

I, ▮▮▮▮ (Owner), hereby authorize The Setai Hotel (GHM) to proceed with the Unit Conversion of ▮▮▮▮. This includes all purchases, construction work, labor and services as stated in the "Unit Conversion – Hotel Program – Package Overview ▮▮▮" (Exhibit A). The total package price inclusive construction is $▮▮▮ plus applicable Sales Tax on FF&E.

I agree to pay $▮▮▮ up front and the remaining $▮▮▮ will be paid by monthly deductions from the net income generated thru the rental activity of unit ▮▮ by The Setai Hotel (GHM). Payment of such will commence upon initial rental of the unit to a maximum of twelve (12) months.

In the event net income does not cover the remaining balance at the end of the twelve months term, I agree to settle the remainder by check.

Shipping can be completed without notifying the owner. All items will be stored at the Setai Warehouse on the owner's risk until finally placed in the Owner's unit.



GHM    LH LEADING
A STYLE TO REMEMBER    lW HOTELS'

2001 COLLINS AVENUE  MIAMI BEACH  FL 33139 USA  T (1) 305 520 6000  F (1) 305 520 6600  setai@ghmhotels.com

GHMhotels.com

5/14/12                                           The Setai - Luxury Resort in South Beach Miami



MIAMI BEACH

Photo Gallery    Newsletter Sign-up    Press    Contact    



The Hotel:    Facilities    Location    Fact Sheet

## The Hotel

The Setai is an intimate, serene oceanfront resort in the heart of South Beach. Its design vision artfully combines the rich architectural history of the neighborhood and its cultural diversity with the International Art Deco movement, particularly its influence in Asia.

The Art Deco landmark building was originally built between 1936 – 1938 as the famed Dempsey Vanderbilt Hotel. Next to it is our 40-story glass tower that surpasses all around it in elevation, views and design.

### Inside Look: A Look Back at 2011

With the arrival of the New Year, it seems only natural to reflect on the year that has past. For The Setai South Beach, 2011 was  a year which we are truly grateful for. From the guests who continue to make The Setai to be their number one destination and home away from home, to those who have chosen to experience The Setai for the first time, perhaps even for a very special occasion or once in a lifetime holiday.

For this we thank you, our past guests, as well as the esteemed publications which have graciously bestowed its prestigious accolades to The Setai in 2011. *U.S. News* rating The Setai as the "#1 hotel in Miami Beach" and The Spa being voted the "Best for Romance by **SpaFinder Readers' Choice Awards**" were just a few among the other awards received throughout the year of 2011.

*Conde Nast Traveler* this year alone acknowledged The Setai on "The Gold List 2011" in both US and UK, "Readers' Choice Awards Best in the World", as well as the "Top 50 Hotel Spas in the US". *Travel & Leisure**The World's Best List #9 Large City Hotel in US/Canada"***, along with the Conde Nast Johansens Awards for the "Most Excellent Hotel in the USA & Canada".*

Moving into 2012, we look forward to continuing to raise our benchmark for excellence by creating truly distinctive and bespoke experiences that we trust will be ones to remember for years to come.

LEADING    The Setai    2001 Collins Avenue, Miami, Florida 30139    Phone: (305) 520 6000    Email Us    Privacy    Site Map    Careers

SHA001393

5/14/12                                    The Setai - Luxury Resort in South Beach Miami



© 2012 The Setai  •  A hospitality website by 300FeetOut
The Setai is a luxury oceanfront resort in Miami Beach. This spa resort in South Beach has a residential tower and private spa.

SHA001394

COMBINED RENEWAL APPLICATION AND DECLARATION OF USE

Mark:  THE SETAI

Reg. No.:  2,506,974

Int'l. Class:  36, 37 and 42

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS:

LEHMAN BROTHERS HOLDINGS INC.

a Delaware corporation
(Corporate Name and State or Country of Incorporation)

1271 Avenue of the Americas
38th Floor
New York, NY 10020
(Business Address of Corporation)

The above-identified applicant for renewal requests that Registration No. 2,506,974, granted to Metropolitan Development Group, LLC, on November 13, 2001, and which the above-identified applicant for renewal now owns, as shown by records in the Patent and Trademark Office, be renewed in accordance with the provisions of Section 9 of the act of July 5, 1946.

The above-identified applicant declares, in accordance with the provisions of Section 8 of the act of July 5, 1946, that the mark shown in said registration is still in use in commerce on or in connection with the services which are recited in the registration, namely, real estate management (Class 36), real estate development and construction (Class 37) and hotel and resort services (Class 42).  The applicant for renewal is using the mark in commerce in

SHA001395

connection with the goods identified above, as evidenced by the attached specimen showing the mark as currently used in commerce.

Applicant hereby appoints Glenn A. Gundersen, Hal E. Borden, Jacob R. Bishop, Henry Huffnagle and Christine Hernandez, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808, attorneys at law, to prosecute this application for renewal and transact all business in the Patent and Trademark Office in connection herewith.

All correspondence should be directed to Glenn A. Gundersen, Dechert LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808.

Glenn A. Gundersen, Hal E. Borden, Jacob R. Bishop, Henry Huffnagle and Christine Hernandez, whose postal address is cited above, are hereby designated applicant's representative upon whom notice or process in proceedings affecting the mark may be served.

SHA001396

DECLARATION OF APPLICANT FOR RENEWAL

The undersigned, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of applicant for renewal; all statements made herein of his/her knowledge are true and all statements made on information and belief are believed to be true.

Dated: May 11, 2012.

LEHMAN BROTHERS HOLDINGS INC.
(Name of Corporation)

(Signature)

Jeffrey Fitts
Authorized Signatory

Name:
Official Title:

- 3 -

SHA001397

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO:  2506974      SERIAL NO:  76/211473      MAILING DATE:  06/05/2007
REGISTRATION DATE:  11/13/2001
MARK:  THE SETAI
REGISTRATION OWNER:  Metropolitan Development Group, LLC

**CORRESPONDENCE ADDRESS:**
RONIT PEREZ
METROPOLITAN DEVELOPMENT GROUP,LLC
405 LEXINGTON AVENUE
54TH FLOOR
NEW YORK, NY 10174

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(1)

THE COMBINED AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

*********************************************

# NOTICE OF ACKNOWLEDGEMENT
15 U.S.C. Sec. 1065

THE AFFIDAVIT FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 15 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1065.

**ACCORDINGLY, THE SECTION 15 AFFIDAVIT IS ACKNOWLEDGED.**

*********************************************

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
036, 037, 042.

SMITH, WYE JEAN
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

SHA001398

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

SHA001399

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

# Combined Declaration of Use and Incontestability Under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2506974 |
| **REGISTRATION DATE** | 11/13/2001 |
| **SERIAL NUMBER** | 76211473 |
| **MARK SECTION** | |
| MARK | THE SETAI |
| **OWNER SECTION (current)** | |
| NAME | Metropolitan Development Group, LLC |
| STREET | 392 Fifth Avenue |
| CITY | New York |
| STATE | New York |
| ZIP/POSTAL CODE | 10018 |
| COUNTRY | US |
| **OWNER SECTION (proposed)** | |
| NAME | Metropolitan Development Group, LLC |
| STREET | 405 Lexington Ave 54th Floor |
| CITY | New York |
| STATE | New York |
| ZIP/POSTAL CODE | 10174 |
| COUNTRY | US |
| PHONE | 305-672-7900 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 036 |
| FILING COVERS **ALL** GOODS OR SERVICES IN THIS CLASS | YES |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\762\114 \76211473\xml1\8150002.JP G |
| SPECIMEN DESCRIPTION | screen shot of company website |
| INTERNATIONAL CLASS | 037 |
| FILING COVERS **ALL** GOODS OR SERVICES IN THIS CLASS | YES |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\762\114 \76211473\xml1\8150003.JP G |
| SPECIMEN DESCRIPTION | screen shot of company website |
| INTERNATIONAL CLASS | 042 |
| | |

SHA001400

| FILING COVERS **ALL** GOODS OR SERVICES IN THIS CLASS | YES |
|---|---|
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\762\114\76211473\xml1\8150004.JP G |
| SPECIMEN DESCRIPTION | screen shot of company website |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 3 |
| NUMBER OF CLASSES PAID | 3 |
| SUBTOTAL AMOUNT | 900 |
| TOTAL AMOUNT | 900 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Ronit Perez/ |
| SIGNATORY'S NAME | Ronit Perez |
| SIGNATORY'S POSITION | authorized signatory |
| DATE SIGNED | 05/02/2007 |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed May 02 17:15:13 EDT 2007 |
| TEAS STAMP | USPTO/S08N15-XX.XXX.XXX.X XX-20070502171513353808-2 506974-370e58cbe87d1cbf61 d0865ec24bb29-CC-539-2007 0502170902631824 |

SHA001401

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 10/31/2008)

## Combined Declaration of Use and Incontestability Under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2506974
**REGISTRATION DATE:** 11/13/2001

**MARK:** THE SETAI

The owner, Metropolitan Development Group, LLC, having an address of 405 Lexington Ave 54th Floor, New York, New York US 10174, is filing a Combined Declaration of Use and Incontestability Under Sections 8 & 15.

For International Class 036, the owner, or its related company, is using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class; and, the owner, or its related company, has continuously used the mark in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, there has been no final decision adverse to the owner's claim of ownership of such mark for those goods or services, or to the owner's right to register the same or to keep the same on the register; and, there is no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shot of company website.
Specimen-1

For International Class 037, the owner, or its related company, is using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class; and, the owner, or its related company, has continuously used the mark in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, there has been no final decision adverse to the owner's claim of ownership of such mark for those goods or services, or to the owner's right to register the same or to keep the same on the register; and, there is no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shot of company website.
Specimen-1

For International Class 042, the owner, or its related company, is using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class; and, the owner, or its related company, has continuously used the mark in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, there has been no final decision adverse to the owner's claim of ownership of such mark for those goods or services, or to the owner's right to register the same or to keep the same on the register; and, there is no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) screen shot of company website.
Specimen-1

A fee payment in the amount of $900 will be submitted with the form, representing payment for 3 class(es), plus any additional grace period fee, if necessary.

### Declaration

*The owner, or its related company, is using the mark in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The owner, or its related company, has continuously used the mark in commerce on or in connection with the goods and/or services identified above, for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still using the mark in commerce on or in connection with the identified goods and/or services. There has been no final decision adverse to the owner's claim of ownership of such mark for such goods and/or services, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not*

SHA001402

*disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Ronit Perez/     Date: 05/02/2007
Signatory's Name: Ronit Perez
Signatory's Position: authorized signatory

Serial Number: 76211473
Internet Transmission Date: Wed May 02 17:15:13 EDT 2007
TEAS Stamp: USPTO/S08N15-XX.XXX.XXX.XXX-200705021715
13353808-2506974-370e58cbe87d1cbf61d0865
ec24bb29-CC-539-20070502170902631824

SHA001403

The Setai                                                        Page 1 of 1



Home
The Hotel
Accomodations
Restaurants & Bars
The Spa
Reservations
Press
Careers
Real Estate
Contact
GHM Hotels



Setai Club



Setai Realty



Copyright ® The Wave De

The Setai                                                                                          Page 1 of 1



Home
The Hotel
Accomodations
Restaurants & Bars
The Spa
Reservations
Press
Careers
Real Estate
Contact
GHM Hotels



Setai Club



Setai Realty



*Copyright © The Wave De*

SHA001405



Home
The Hotel
Accomodations
Restaurants & Bars
The Spa
Reservations
Press
Careers
Real Estate
Contact
GHM Hotels



Setai Club



Setai Realty



*Copyright ® The Wave De*

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:** 2506974

**Serial Number:** 76211473

**RAM Sale Number: 539**

**RAM Accounting Date:  20070503**

**Total Fees:** $900

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20070502 | $100 | 3 | 3 | $300 |
| §15 affidavit | 7208 | 20070502 | $200 | 3 | 3 | $600 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20070502



SHA001407



Home
The Hotel
Accomodations
Restaurants & Bars
The Spa
Reservations
Press
Careers
Real Estate
Contact
GHM Hotels



Setai Club



Setai Realty



*Copyright © The Wave De*

SHA001408



Home
The Hotel
Accomodations
Restaurants & Bars
The Spa
Reservations
Press
Careers
Real Estate
Contact
GHM Hotels



Setai Club



Setai Realty



*Copyright © The Wave De*

SHA001409

The Setai                                                    Page 1 of 1



Home
The Hotel
Accomodations
Restaurants & Bars
The Spa
Reservations
Press
Careers
Real Estate
Contact
GHM Hotels



Setai Club



Setai Realty



Copyright © The Wave De

SHA001410

 

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia 22202-3513

Aug 1, 2001

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   76/211,473

2. Mark:
   THE SETAI

3. International Class(es):
   36, 37, 42

4. Publication Date:
   Aug 21, 2001

5. Applicant:
   Metropolitan Development Group, LLC

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA  15250-7954
Phone: (202)512-1800

By direction of the Commissioner.

PCFD10 (REV 07/2000)

SHA001411

MICHAEL J. SALTSER                         TMP&I
PAUL HASTINGS JANOPSKY & WALKER LLP
75 E 55TH ST
NEW YORK NY 10022-3205

SHA001412

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR SERVICE MARK REGISTRATION

MARK: "THE SETAI"
CLASSES:  International Classes 36, 37 and 42

TO:  THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Metropolitan Development Group, LLC is a limited liability company organized and existing under the laws of the State of New York, having its principal office at 392 Fifth Avenue, New York, NY  10018.

The above-identified Applicant requests registration of the above-identified service mark, shown in the accompanying drawing, in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended), as a service mark for:

REAL ESTATE MANAGEMENT  *36/1c 8m*

in International Class 36;

REAL ESTATE DEVELOPMENT AND CONSTRUCTION  *37/1c 8m*

in International Class 37;

HOTEL AND RESORT SERVICES  *42/1c 8m*

in International Class 42.

The mark was first used in commerce in connection with the services in International Class 36 on or before May 30, 2000 and was first used in interstate commerce in connection with the services in International Class 36 on or before May 30, 2000 and is now in use in such commerce.

NYC55/54436.1

SHA001413

The mark was first used in commerce in connection with the services in International Class 37 on or before May 30, 2000 and was first used in interstate commerce in connection with the services in International Class 37 on or before May 30, 2000 and is now in use in such commerce.

The mark was first used in commerce in connection with the services in International Class 42 on or before May 30, 2000 and was first used in interstate commerce in connection with the services in International Class 42 on or before May 30, 2000 and is now in use in such commerce.

The mark is used on advertising and promotional material describing and promoting the services and on forms and documents used in connection with the services and on signage located on or about the facilities at which the services will be provided. Three specimens of the mark as actually used in each International Class are presented herewith.

Applicant hereby appoints Michael J. Saltser, a member of the Bar of the State of New York, whose postal address is 75 East 55th Street, New York, New York 10022 (Telephone: 212-318-6810), its attorney to file this application and to transact all business in the Patent and Trademark Office connected therewith.

<u>DECLARATION</u>

The undersigned, Jonathan Breene, declares:

I am a member of the Applicant limited liability company, Metropolitan Development Group, LLC, and I am authorized to execute this application and declaration on behalf of the said limited liability company. I believe the said limited liability company to be the owner of the mark sought to be registered. To the best of my knowledge and belief no other person, firm, corporation or

NYC55/54436.1                                    2

SHA001414

association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods and services of such other person, to cause confusion, or to cause mistake, or to deceive. All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true. These statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

METROPOLITAN DEVELOPMENT GROUP, LLC

By: _____

Jonathan Breene, Member

Date: February 8th, 2001

3

SHA001415



LAW OFFICES OF

## PAUL, HASTINGS, JANOFSKY & WALKER LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

600 PEACHTREE ST., N.E., STE. 2400
ATLANTA, GEORGIA 30308-2222
TELEPHONE (404) 815-2400

695 TOWN CENTER DRIVE
COSTA MESA, CALIFORNIA 92626-1924
TELEPHONE (714) 668-6200

TOWER 42
25 OLD BROAD STREET
LONDON EC2N IHQ
TELEPHONE (44) (20) 7562 4000

555 SOUTH FLOWER STREET
LOS ANGELES, CALIFORNIA 90071-2371
TELEPHONE (213) 683-6000

75 EAST 55TH STREET

NEW YORK, NEW YORK 10022-3205

TELEPHONE (212) 318-6000

FACSIMILE (212) 339-9150

INTERNET www.phjw.com
_____
ROBERT P. HASTINGS (1910-1996)
COUNSEL
LEE G. PAUL
LEONARD S. JANOFSKY
CHARLES H. WALKER

345 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94104-2635
TELEPHONE (415) 835-1600

1055 WASHINGTON BOULEVARD
STAMFORD, CONNECTICUT 06901-2217
TELEPHONE (203) 961-7400

ARK MORI BUILDING
1-2-32, AKASAKA I-CHOME
MINATO-KU, TOKYO 107, JAPAN
TELEPHONE (03) 3586-4711

1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20004-2400
TELEPHONE (202) 508-9500.

February 14, 2001

WRITER'S DIRECT ACCESS
(212) 318-6810
michaelsaltser@paulhastings.com

OUR FILE NO.
44292.00004

Commissioner for Trademarks
U.S. Patent and Trademark Office
2900 Crystal Drive
Arlington, VA  22202-3513

> Re:   Application for Registration of the Service Mark "THE SETAI"

Dear Sir:

Enclosed are the following:

1.   Use based Application of the Applicant, Metropolitan Development Group LLC, with Declaration and Power of Attorney to register the service mark "THE SETAI", in International Classes 36, 37 and 42.

2.   One sheet of drawing showing the mark to be registered.

3.   Three (3) specimens showing the mark as actually used in each International Class.

4.   Our check in the sum of $975.00 in payment of the filing fee.

Kindly confirm the receipt of the foregoing material on the enclosed self-addressed stamped postcard and return the postcard to me.

Respectfully,

Michael J. Saltser

MJS:vh
Enclosures
cc:   Peter Olsen, Esq.
        Stephanie Cuba, Esq.

NYC55/54450.1

ADDITIONAL NEW YORK ADDRESS:
399 PARK AVENUE, NEW YORK, NEW YORK 10022-4697

SHA001416

76211473

TRADEMARK APPLICATION SERIAL NO. _____

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**
**FEE RECORD SHEET**

02/22/2001 SWILSON1 00000024 76211473
01 FC:361                    975.00 OP

**PTO-1555**
    **(5/87)**

SHA001417

02-16-2001

U.S. Patent & TMOfo/TM Mail Rcpt. Dt. #40

APPLICANT:     Metropolitan Development Group LLC

ADDRESS:       392 Fifth Avenue
               New York, New York 10018

CLASS:         International Classes 36, 37 and 42

SERVICES:      REAL ESTATE MANAGEMENT in International Class 36.
               REAL ESTATE DEVELOPMENT AND CONSTRUCTION in International Class 37.
               HOTEL AND RESORT SERVICES in International Class 42

THE SETAI

Application filed by:       Michael J. Saltser
                            75 East 55th Street
                            New York, New York  10017
                            (212) 318-6810

**TRADEMARK**

76211473

NYC55/54436.1

PUBLISHED
08/21/01

SHA001418

```
*** User: sdubois   ***
```

| #  | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|-------------|------------|------------------|--------------------|-------------------------|--------|
| 01 | 8287 | N/A | 0 | 0 | 0:01 | *set*[bi,ti] |
| 02 | 8808 | N/A | 0 | 0 | 0:01 | *group*[bi,ti] |
| 03 | 9 | 6 | 3 | 3 | 0:01 | *setai*[bi,ti] |
| 04 | 18 | 7 | 11 | 11 | 0:01 | 1 and 2 |

```
Session started  5/24/01 10:53:36 AM
Session finished 5/24/01 10:54:55 AM
Total search duration 0:04 minutes
Session Duration 1:19 minutes

Default NEAR limit= 1 ADJ limit= 1
```

SHA001419



76211473

SHA001420



76211473

SHA001421

Trademark

76211473

**TRADEMARK**

76211473

NEW CASE DELIVERED

MAR 2 2 2001

LAW OFFICE 101

## PROSECUTION HISTORY

NOP
8/21/01

| Entry | Date | Initials |
|-------|------|----------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |
| 16. | | |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |
| 26. | | |
| 27. | | |
| 28. | | |
| 29. | | |
| 30. | | |

❏ See inside of file for additional entries.

SHA001422

## NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|------|---------------------------------------------|----------|
|  | no meaning or significance to world | 8b |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

SHA001423

## Post Registration

| Section 8 Accepted | | Renewal Granted | | Section 15 |
|---|---|---|---|---|
| (Signature) | (Date) | (Initials) | (Date) | Acknowledged |
|  |  |  |  | (Signature) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | **Cancelled - Section 8** |
|  |  |  |  | (Date) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | **Expired - Section 9** |
|  |  |  |  | (Date) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

7607

REG NUM: 2506974
REG DT: 11/13/2001

S/N 76/211473

FORM

Trademark

U.S. DEPARTMENT OF COMMERCE

76-211473

THE SETAI

THE SETAI

PRINCIPAL

LAW OFFICE 101

76-211473

**FILING DATE**
February 16, 2001

**ORIGINAL APPLICANT**
Metropolitan Development Group, LLC

**GOODS/SERVICES (CLASS 036)**
real estate management

**GOODS/SERVICES (CLASS 037)**
real estate development and construction

**GOODS/SERVICES (CLASS 042)**
hotel and resort services

**FILING BASIS**
USE

**ORIGINAL CORRESPONDENT**
MICHAEL J. SALTSER

Susan Leslie DuBois

ATTORNEY ADVISOR: _____

PUBLISHED
08/21/01

Approved for Publication (Principal Register) (Signature/Date)

08/27/01

Approved for Registration (Section 1(d)) (Signature/Date)

Approved for Registration (Supplemental Register) (Signature/Date)

| NOP | NOA |
|-----|-----|

Abandoned _____
(Date)

SHA001425

Int. Cls.: 36, 37 and 42

Prior U.S. Cls.: 100, 101, 102, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,506,974
Registered Nov. 13, 2001

## SERVICE MARK
## PRINCIPAL REGISTER

## THE SETAI

METROPOLITAN DEVELOPMENT GROUP, LLC
(NEW YORK LIMITED LIABILITY COMPA-
NY)
392 FIFTH AVENUE
NEW YORK, NY 10018

FOR: REAL ESTATE MANAGEMENT, IN CLASS
36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

FOR: REAL ESTATE DEVELOPMENT AND CON-
STRUCTION, IN CLASS 37 (U.S. CLS. 100, 103 AND
106).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

FOR: HOTEL AND RESORT SERVICES, IN CLASS
42 (U.S. CLS. 100 AND 101).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

SER. NO. 76-211,473, FILED 2-16-2001.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY

SHA001426

Int. Cls.: 36, 37 and 42

Prior U.S. Cls.: 100, 101, 102, 103 and 106

## United States Patent and Trademark Office

Reg. No. 2,506,974
Registered Nov. 13, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## THE SETAI

METROPOLITAN DEVELOPMENT GROUP, LLC (NEW YORK LIMITED LIABILITY COMPANY)
392 FIFTH AVENUE
NEW YORK, NY 10018

FOR: REAL ESTATE MANAGEMENT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

FOR: REAL ESTATE DEVELOPMENT AND CONSTRUCTION, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

FOR: HOTEL AND RESORT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

SER. NO. 76-211,473, FILED 2-16-2001.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY

SHA001427

Int. Cls.: 36, 37 and 42

Prior U.S. Cls.: 100, 101, 102, 103 and 106

## United States Patent and Trademark Office

Reg. No. 2,506,974
Registered Nov. 13, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## THE SETAI

METROPOLITAN DEVELOPMENT GROUP, LLC (NEW YORK LIMITED LIABILITY COMPANY)
392 FIFTH AVENUE
NEW YORK, NY 10018

FOR: REAL ESTATE MANAGEMENT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

FOR: REAL ESTATE DEVELOPMENT AND CONSTRUCTION, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

FOR: HOTEL AND RESORT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-30-2000; IN COMMERCE 5-30-2000.

SER. NO. 76-211,473, FILED 2-16-2001.

SUSAN LESLIE DUBOIS, EXAMINING ATTORNEY

SHA001428

02-16-2001

U.S. Patent & TMOfc/TM Mail Rcpt. Dt. #40

APPLICANT:   Metropolitan Development Group LLC

ADDRESS:     392 Fifth Avenue
             New York, New York 10018

CLASS:       International Classes 36, 37 and 42

SERVICES:    REAL ESTATE MANAGEMENT in International Class 36.
             REAL ESTATE DEVELOPMENT AND CONSTRUCTION in International Class 37.
             HOTEL AND RESORT SERVICES in International Class 42

THE SETAI

Application filed by:        Michael J. Saltser
                             75 East 55th Street
                             New York, New York  10017
                             (212) 318-6810

**TRADEMARK**

76211473

NYC55/54436.1

SHA001429

76211473

**TRADEMARK APPLICATION SERIAL NO.** _____

**U.S. DEPARTMENT OF COMMERCE**
**PATENT AND TRADEMARK OFFICE**
**FEE RECORD SHEET**

02/22/2001 SWILSON1 00000024 76211473
01 FC:361                    975.00 OP

**PTO-1555**
**(5/87)**

SHA001430

LAW OFFICES OF

## PAUL, HASTINGS, JANOFSKY & WALKER LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

600 PEACHTREE ST., N.E., STE. 2400
ATLANTA, GEORGIA 30308-2222
TELEPHONE (404) 815-2400

695 TOWN CENTER DRIVE
COSTA MESA, CALIFORNIA 92626-1924
TELEPHONE (714) 668-6200

TOWER 42
25 OLD BROAD STREET
LONDON EC2N 1HQ
TELEPHONE (44) (20) 7562 4000

555 SOUTH FLOWER STREET
LOS ANGELES, CALIFORNIA 90071-2371
TELEPHONE (213) 683-6000

75 EAST 55TH STREET

NEW YORK, NEW YORK 10022-3205

TELEPHONE (212) 318-6000

FACSIMILE (212) 339-9150

INTERNET www.phjw.com

ROBERT P. HASTINGS (1910-1996)
COUNSEL
LEE G. PAUL
LEONARD S. JANOFSKY
CHARLES M. WALKER

345 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94104-2635
TELEPHONE (415) 835-1600

1055 WASHINGTON BOULEVARD
STAMFORD, CONNECTICUT 06901-2217
TELEPHONE (203) 961-7400

ARK MORI BUILDING
12-32, AKASAKA 1-CHOME
MINATO-KU, TOKYO 107, JAPAN
TELEPHONE (03) 3586-4711

1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20004-2400
TELEPHONE (202) 508-9500

February 14, 2001

WRITER'S DIRECT ACCESS
(212) 318-6810
michaelsaltser@paulhastings.com

OUR FILE NO.
44292.00004

Commissioner for Trademarks
U.S. Patent and Trademark Office
2900 Crystal Drive
Arlington, VA  22202-3513

    Re:    Application for Registration of the Service Mark "THE SETAI"

Dear Sir:

    Enclosed are the following:

    1.    Use based Application of the Applicant, Metropolitan Development Group LLC, with Declaration and Power of Attorney to register the service mark "THE SETAI", in International Classes 36, 37 and 42.

    2.    One sheet of drawing showing the mark to be registered.

    3.    Three (3) specimens showing the mark as actually used in each International Class.

    4.    Our check in the sum of $975.00 in payment of the filing fee.

    Kindly confirm the receipt of the foregoing material on the enclosed self-addressed stamped postcard and return the postcard to me.

                        Respectfully,

                        Michael J. Saltser

MJS:vh
Enclosures
cc:    Peter Olsen, Esq.
       Stephanie Cuba, Esq.

ADDITIONAL NEW YORK ADDRESS:
399 PARK AVENUE, NEW YORK, NEW YORK 10022-4697

SHA001431

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR SERVICE MARK REGISTRATION

MARK: "THE SETAI"
CLASSES:  International Classes 36, 37 and 42

TO:  THE COMMISSIONER OF PATENTS AND TRADEMARKS:

Metropolitan Development Group, LLC is a limited liability company organized and existing under the laws of the State of New York, having its principal office at 392 Fifth Avenue, New York, NY  10018.

The above-identified Applicant requests registration of the above-identified service mark, shown in the accompanying drawing, in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended), as a service mark for:

REAL ESTATE MANAGEMENT

in International Class 36;

REAL ESTATE DEVELOPMENT AND CONSTRUCTION

in International Class 37;

HOTEL AND RESORT SERVICES

in International Class 42.

The mark was first used in commerce in connection with the services in International Class 36 on or before May 30, 2000 and was first used in interstate commerce in connection with the services in International Class 36 on or before May 30, 2000 and is now in use in such commerce.

NYC55/54436.1

SHA001432

The mark was first used in commerce in connection with the services in International Class 37 on or before May 30, 2000 and was first used in interstate commerce in connection with the services in International Class 37 on or before May 30, 2000 and is now in use in such commerce.

The mark was first used in commerce in connection with the services in International Class 42 on or before May 30, 2000 and was first used in interstate commerce in connection with the services in International Class 42 on or before May 30, 2000 and is now in use in such commerce.

The mark is used on advertising and promotional material describing and promoting the services and on forms and documents used in connection with the services and on signage located on or about the facilities at which the services will be provided. Three specimens of the mark as actually used in each International Class are presented herewith.

Applicant hereby appoints Michael J. Saltser, a member of the Bar of the State of New York, whose postal address is 75 East 55th Street, New York, New York 10022 (Telephone: 212-318-6810), its attorney to file this application and to transact all business in the Patent and Trademark Office connected therewith.

## DECLARATION

The undersigned, Jonathan Breene, declares:

I am a member of the Applicant limited liability company, Metropolitan Development Group, LLC, and I am authorized to execute this application and declaration on behalf of the said limited liability company. I believe the said limited liability company to be the owner of the mark sought to be registered. To the best of my knowledge and belief no other person, firm, corporation or

SHA001433

association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods and services of such other person, to cause confusion, or to cause mistake, or to deceive. All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true. These statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

METROPOLITAN DEVELOPMENT GROUP, LLC

By:_____

Jonathan Breene, Member

Date: February 8th, 2001

3

SHA001434

02-16-2001

U.S. Patent & TMOfc/TM Mail Rcpt. Dt. #40

APPLICANT:    Metropolitan Development Group LLC

ADDRESS:      392 Fifth Avenue
              New York, New York 10018

CLASS:        International Classes 36, 37 and 42

SERVICES:     REAL ESTATE MANAGEMENT in International Class 36.
              REAL ESTATE DEVELOPMENT AND CONSTRUCTION in International Class 37.
              HOTEL AND RESORT SERVICES in International Class 42

THE SETAI

Application filed by:        Michael J. Saltser
                             75 East 55th Street
                             New York, New York  10017
                             (212) 318-6810

**TRADEMARK**

76211473

NYC55/54436.1

SHA001435



76211473

SHA001436



76211473